1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 9  Arron Shawn Bossardet, | ) | No.  CV 10-620-TUC-FRZ |
| 10            Petitioner, | ) | **ORDER** |
| 11  vs. | ) | |
| 12  Charles L. Ryan, et al., | ) | |
| 13            Respondents. | ) | |

14

15      Before the Court for consideration is the Petition for Writ of Habeas Corpus pursuant

16  to 28 U.S.C. § 2254 filed by Petitioner Arron Shawn Bossardet,[1] through the representation

17  of counsel, and the Report and Recommendation of the Magistrate Judge, recommending the

18  dismissal of the Petition.

19      Petitioner was convicted by jury in state court of first degree murder, aggravated

20  assault with a deadly weapon, and three counts of kidnapping, and sentenced by the state trial

21  court to concurrent and consecutive terms of imprisonment totaling natural life plus 10.5

22  years.

23      This matter was referred to Magistrate Judge Glenda E. Edmonds, pursuant to the

24  provisions of 28 U.S.C. § 636(b), Rule 72, Fed.R.Civ.P., and Local Rules 72.1 and 72.2 of

25  the Rules of Practice of the United States District Court for the District of Arizona, for

26  further proceedings and report and recommendation.

27

28      [1]The Report and Recommendation and Respondent's Answer incorrectly spelled
Petitioner's first name as "Aaron."  The record shall reflect that the correct spelling is Arron.

1    Magistrate Judge Edmonds issued her Report and Recommendation, recommending
2    that the Court, after its independent review of the record, enter an order denying the Petition
3    for Writ of Habeas on the merits of the five grounds presented, based on the findings (1) that
4    trial counsel was not ineffective on the 11 issues presented; (2) newly discovered evidence
5    of post traumatic stress disorder does not constitute a cognizable claim; (3) the trial court's
6    failure to instruct the jury on the "mere presence" defense *sua sponte* was not error; (4) the
7    prosecutor's alleged improper vouching did not violate due process; and (5) Petitioner's
8    natural life sentence does not violate the Eighth Amendment.

9    The Report and Recommendation sets forth a thorough factual and procedural history
10   of Petitioner's state court proceedings and the convictions at issue, with proper citation to the
11   state court record, and further provides a thorough analysis under the applicable legal
12   standards of the issues presented in this extensively briefed and documented record.

13   Petitioner filed his Objection to Magistrate Report and Recommendation, pursuant to
14   28 U.S.C. § 636 and Rule 72(b)(2), Fed.R.Civ.P., objecting to the legal conclusions set forth
15   in the Report and Recommendation.

16   After consideration of the matters presented and an independent review of the record
17   herein, including Petitioner's objection, the Court finds hat the Report and Recommendation
18   shall be adopted, thereby denying the Petition for Writ of Habeas Corpus on the merits, and
19   dismissing this action in accordance with the recommendations and findings set forth therein.
20   Accordingly,

21   IT IS ORDERED that Magistrate Judge Edmond's Report and Recommendation (Doc.
22   30) is hereby ACCEPTED AND ADOPTED as the findings of fact and conclusions of law
23   by this Court;

24   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is hereby
25   DENIED; judgment shall be entered accordingly;

26   IT IS FURTHER ORDERED that, if Petitioner appeals the denial of his petition for
27   habeas relief, any request for certificate of appealability shall be denied based on the Court's
28   determination of the claims presented on the merits and that Petitioner has failed to make the

1    requisite substantial showing of a denial of a constitutional right on the grounds presented.

2    See 28. U.S.C. § 2253(c).

3

4       DATED this 9th day of July, 2013.

5

6                              Frank R. Zapata

7                          Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28